**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6978**

IGNATZIO GIULIANO,

               Petitioner - Appellant,

     v.

WARDEN FCI WILLIAMSBURG,

               Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville. Margaret B. Seymour, Senior District Judge. (6:13-cv-00311-MBS)

Submitted: September 26, 2013    Decided: September 30, 2013

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ignatzio Giuliano, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ignatzio Giuliano, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2013) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Giuliano v. Warden, No. 6:13-cv-00311-MBS (D.S.C. June 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED